# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIOSCIENCE ADVISORS, INC., | Civil Action No. 4:21-cv-0866-HSG |
| Plaintiff, | **ORDER GRANTING MOTION TO EXTEND TIME TO FILE JOINT CASE MANAGEMENT STATEMENT** |
| v. | |
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, *et al.*, | |
| Defendants. | |

Upon consideration of the Defendants' Motion to Extend Time to File Joint Case Management Statement, it is hereby ORDERED that Defendants' Motion is hereby GRANTED and it is hereby ORDERED that Defendants have until May 6, 2021 to file a Joint Case Management Statement or separate case management statement pursuant to Local Civil Rule 16-9.

So ordered on this 5th day of May, 2021.

*[signature: Haywood S. Gilliam, Jr.]*

Haywood S. Gilliam, Jr.

United States District Judge

ORDER GRANTING MOTION TO EXTEND TIME TO
FILE JOINT CASE MANAGEMENT STATEMENT
Case No. 4:21-CV-0866-HSG