ROBERT S. CLARK (CBN 93634)
rclark@parrbrown.com
PARR BROWN GEE & LOVELESS, P.C.
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Telephone: (801) 532-7840

CHAD S. PEHRSON (CBN 261829)
cpehrson@kba.law
KUNZLER BEAN & ADAMSON, P.C.
4225 Executive Square, Suite 600
La Jolla, California 92037
619-371-5511

*Attorneys for Plaintiff*

BRIAN M. BOYNTON
Acting Assistant Attorney General
ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch
ALEXANDRA R. SASLAW (DC Bar 1618175)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Phone: (202) 514-4520
alexandra.r.saslaw@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIOSCIENCE ADVISORS, INC.,<br><br>    Plaintiff,<br>v.<br><br>UNITED STATES SECURITIES AND EXCHANGE COMMISSION, *et al.*,<br><br>    Defendants. | Civil Action No. 4:21-CV-0866-HSG<br><br>**STIPULATION AND ORDER RE AMENDMENT AND BRIEFING SCHEDULE** (as modified) |

Plaintiff and Defendants ("Parties"), by and through undersigned counsel, hereby submit the following Stipulation.

Defendants' Partial Motion to Dismiss is currently pending and is scheduled to be heard on July 22, 2021. Plaintiff and Defendants have agreed that, subject to this Court's approval, Plaintiff shall submit an amended complaint on or before May 24, 2021. Plaintiff anticipates that the amended complaint will render Defendants' Partial Motion to Dismiss moot, and that Defendants may then elect to file a renewed motion, which will be responded to in the normal course. Plaintiff and Defendants have further agreed that Defendants may have until June 14, 2021, to file such motion. Alternatively, if Defendants notify Plaintiff by June 14, 2021 that they believe their current

Motion remains applicable to the Amended Complaint, then Plaintiff shall file an opposition brief on or before June 28, 2021.

IT IS SO STIPULATED THIS 14TH DAY OF MAY, 2021:

| | |
|---|---|
| KUNZLER BEAN & ADAMSON, PC | BRIAN M. BOYNTON<br>Acting Assistant Attorney General<br>Civil Division |
| /s Chad S. Pehrson<br>Chad S. Pehrson<br>KUNZLER BEAN & ADAMSON, P.C.<br>4225 Executive Square, Suite 600<br>La Jolla, California 92037<br>619-371-5511<br>cpehrson@kba.law | ELIZABETH J. SHAPIRO<br>Deputy Director, Federal Programs Branch<br><br>s/ *Alexandra R. Saslaw*<br>ALEXANDRA R. SASLAW<br>Trial Attorney<br>United States Department of Justice |
| PARR BROWN GEE & LOVELESS<br>Robert S. Clark<br>101 South 200 East, Suite 700<br>Salt Lake City, Utah 84111<br>Telephone: (801) 532-7840<br>rclark@parrbrown.com | Civil Division, Federal Programs Branch<br>P.O. Box 883<br>Washington, DC 20044<br>Phone: (202) 514-4520<br>alexandra.r.saslaw@usdoj.gov<br><br>*Attorneys for Defendants* |
| *Attorneys for Plaintiff* | |

# ORDER

**Pursuant to Stipulation, it is ORDERED that:**

1. Plaintiff's time to file an Amended Complaint is extended to May 24, 2021.
2. Defendants' time to file any motion to dismiss the Amended Compliant is extended to June 14, 2021.
3. In the event that Defendants notify Plaintiff that they believe their pending Partial Motion to Dismiss remains applicable to the Amended Complaint, Plaintiff shall file its opposition brief on or before June 28, 2021.

In light of this order, the Court further DISCHARGES the Order to Show Cause. See Dkt. No. 29.

Dated: 5/18/2021

HAYWOOD S. GILLIAM, JR.
United States District Judge