# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bioscience Advisors, Inc., <br><br> Plaintiff(s), <br><br> v. <br><br> U.S. SEC Comm., et al., <br><br> Defendant(s). | Case No: 4:21-cv-00866-HSG <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**; ORDER <br> (CIVIL LOCAL RULE 11-3) |

I, Jonathan A. Collier, an active member in good standing of the bar of the State of Utah, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff Bioscience Advisors, Inc. in the above-entitled action. My local co-counsel in this case is Chad Pehrson, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Parr Brown Gee & Loveless <br> 101 S. 200 E., Ste 700, SLC, UT 84111 | 4225 Executive Square, Suite 600, La Jolla, California 92037 |
| MY TELEPHONE # OF RECORD: <br> (801) 532-7840 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: <br> (619) 371-5511 |
| MY EMAIL ADDRESS OF RECORD: <br> jcollier@parrbrown.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: <br> cpehrson@kba.law |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 17185.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 06/24/21

Jonathan A. Collier
APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Jonathan A. Collier is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 6/30/2021

*Haywood S. Gill, Jr.*
UNITED STATES DISTRICT JUDGE

*October 2012*

PRO HAC VICE APPLICATION & ORDER

# *CERTIFICATE OF GOOD STANDING*

*This document expires 60 days from the date of issuance*

Issued on 6/24/2021

To Whom it May Concern:

Re: CERTIFICATE OF GOOD STANDING for Jonathan A Collier

This is to certify that Jonathan A Collier, Utah State Bar No. 17185 was admitted to practice law in Utah on 10/15/2019.

Jonathan A Collier is currently an ACTIVE member of the Utah State Bar in good standing. "Good standing" is defined as a lawyer who is current in the payment of all Bar licensing fees, has met mandatory continuing legal education requirements, if applicable, and is not disbarred, presently on probation, suspended, or has not resigned with discipline pending, from the practice of law in this state.

*Elizabeth A. Wright*
_____
Elizabeth A. Wright
General Counsel
Utah State Bar

No.2021 -958619
verify by email at cogsrequest@utahbar.org