| | |
|---|---|
| ROBERT S. CLARK (CBN 93634) | BRIAN M. BOYNTON |
| rclark@parrbrown.com | Principal Deputy Assistant Attorney General |
| PARR BROWN GEE & LOVELESS, P.C. | ELIZABETH J. SHAPIRO |
| 101 South 200 East, Suite 700 | Deputy Director, Federal Programs Branch |
| Salt Lake City, Utah 84111 | ALEXANDRA R. SASLAW (SBN 318610) |
| Telephone: (801) 532-7840 | Trial Attorney |
| | United States Department of Justice |
| CHAD S. PEHRSON (CBN 261829) | Civil Division, Federal Programs Branch |
| cpehrson@kba.law | P.O. Box 883 |
| KUNZLER BEAN & ADAMSON, P.C. | Washington, DC 20044 |
| 4225 Executive Square, Suite 600 | Phone: (202) 514-4520 |
| La Jolla, California 92037 | alexandra.r.saslaw@usdoj.gov |
| 619-371-5511 | |
| | *Attorneys for Defendants* |
| *Attorneys for Plaintiff* | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIOSCIENCE ADVISORS, INC., | Civil Action No. 4:21-CV-0866-HSG |
| Plaintiff, | **STIPULATION AND ORDER REQUESTING EXTENSION OF TIME TO FILE JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |
| v. | |
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, *et al.*, | |
| Defendants. | |

Plaintiff and Defendants ("Parties"), by and through undersigned counsel, hereby submit the following Stipulation requesting that the Court enter an order extending the deadline for the Parties to file their Joint Case Management Conference Statement until March 8, 2022, and continuing the Case Management Conference until March 15, 2022, or another date thereafter.

Pursuant to the Court's February 8, 2022 Order, ECF No. 33, the Parties have been ordered to file a joint case management conference statement by February 22, 2022, and to appear at a case management conference on March 1, 2022 to discuss setting an expedited summary judgment briefing schedule. The Court's February 8, 2022 Order also provided Plaintiff with leave to amend its complaint to address pleading deficiencies in its fourth cause of action, and ordered that such

amendment must be filed by March 1, 2022. Plaintiff has indicated that it intends to file an amended complaint on or before March 1, 2022.

The Parties believe that Plaintiff's amended complaint may affect a number of issues that the Parties would address in the joint case management statement and at the case management conference. For example, depending on the content of the amended complaint, Defendants may file a renewed motion to dismiss, or Defendants may decide to move for summary judgment after producing the administrative record. Additionally, Plaintiff has indicated that it intends to pursue discovery on all of its claims, including amended claim 4. Defendants do not believe that discovery is appropriate in this case, but cannot fully address that issue without seeing Plaintiff's amended complaint. Accordingly, the Parties believe that a brief extension and continuance may result in a more comprehensive case management statement and a more productive case management conference.

Given that the Plaintiff's amended complaint is likely to inform the contents of the joint case management statement, the Parties respectfully propose that the Court extend the deadline for the joint statement until March 8, 2022. Because the case management statement ordinarily "must be filed and served at least 7 days before the conference," *see* L. Civ. R. 16-10(a), the Parties respectfully request that the Court also continue the case management conference until at least March 15, 2022. The Parties recognize that that Local Civil Rule 6-1(b) provides that "[a]ny stipulated request . . . which affects a hearing or proceeding on this Court's calendar must be filed no later than 14 days before the scheduled event," and that this request is filed less than 14 days before the scheduled conference. L. Civ. R. 6-1(b). The Parties respectfully request relief from this requirement in light of the short time between this Court's February 8, 2022 deadline, and the scheduled date of the case management conference. Upon receiving this Court's order, Plaintiff needed to determine whether to file an amended complaint, and the Parties needed time to confer regarding that issue. The first date that the Parties were able to confer was Thursday, February 17, 2022, at which time the Parties determined that it would be beneficial to seek the extension sought by this motion.

STIPULATION AND ORDER
Case No. 4:21-cv-0866-HSG                   2

1   For these reasons, the parties hereby stipulate that, subject to this Court's approval, the
2 Parties shall file a joint case management statement by March 8, 2022, and the Parties shall appear at
3 a case management conference on or after March 15, 2022.

5 IT IS SO STIPULATED THIS 18TH DAY OF FEBRUARY 2022:

| | |
|---|---|
| KUNZLER BEAN & ADAMSON, PC | BRIAN M. BOYNTON |
| | Principal Deputy Assistant Attorney General |
| /s/ *Chad S. Pehrson* | Civil Division |
| Chad S. Pehrson | |
| KUNZLER BEAN & ADAMSON, P.C. | ELIZABETH J. SHAPIRO |
| 4225 Executive Square, Suite 600 | Deputy Director, Federal Programs Branch |
| La Jolla, California 92037 | |
| 619-371-5511 | /s/ *Alexandra R. Saslaw* |
| cpehrson@kba.law | ALEXANDRA R. SASLAW |
| | Trial Attorney |
| PARR BROWN GEE & LOVELESS | United States Department of Justice |
| Robert S. Clark | Civil Division, Federal Programs Branch |
| 101 South 200 East, Suite 700 | P.O. Box 883 |
| Salt Lake City, Utah 84111 | Washington, DC  20044 |
| Telephone:     (801) 532-7840 | Phone: (202) 514-4520 |
| rclark@parrbrown.com | alexandra.r.saslaw@usdoj.gov |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

# ORDER

**Pursuant to Stipulation, it is ORDERED that:**

1. The Parties' time to file the joint case management conference statement is extended to March 8, 2022; and

2. The Case Management Conference currently set for March 1, 2022 at 2:00 p.m. is continued until March 15, 2022 at 2:00 p.m.

Dated: __2/22/2022__

*Haywood S. Gilliam, Jr.*

HAYWOOD S. GILLIAM, JR.

United States District Judge