1

2

3

4

5

6

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

7

8

9

10

11

12

| | |
|---|---|
| BIOSCIENCE ADVISORS, INC., | Case No.  21-cv-00866-HSG |
| Plaintiff, | **SCHEDULING ORDER** |
| v. | |
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, et al., | |
| Defendants. | |

13    A case management conference was held on March 17, 2022.  Having considered the

14  parties' proposals, *see* Dkt. No. 44, the Court **SETS** the following deadlines pursuant to Federal

15  Rule of Civil Procedure 16 and Civil Local Rule 16-10:

16

| Event | Deadline |
|---|---|
| Answer to Complaint | April 12, 2022 |
| Motion for Summary Judgment | May 17, 2022 |
| Opposition to Summary Judgment | June 15, 2022 |
| Reply in support of Summary Judgment | July 6, 2022 |
| Summary Judgment Motion Hearing | August 4, 2022, at 2:00 p.m. |

17

18

19

20

21

22  //

23  //

24  //

25  //

26  //

27  //

28

United States District Court
Northern District of California

1    These dates may only be altered by order of the Court and only upon a showing of good

2  cause.  The parties are directed to review and comply with this Court's standing orders.

3       **IT IS SO ORDERED.**

4  Dated:3/21/2022

5                                                 _Haywood S. Gill Jr._

6                                                 HAYWOOD S. GILLIAM, JR.
                                                   United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2