ROBERT S. CLARK (CBN 93634)
rclark@parrbrown.com
PARR BROWN GEE & LOVELESS, P.C.
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Telephone: (801) 532-7840

CHAD S. PEHRSON (CBN 261829)
cpehrson@kba.law
KUNZLER BEAN & ADAMSON, P.C.
4225 Executive Square, Suite 600
La Jolla, California 92037
619-371-5511

*Attorneys for Plaintiff*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch
ALEXANDRA R. SASLAW (SBN 318610)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Phone: (202) 514-4520
alexandra.r.saslaw@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIOSCIENCE ADVISORS, INC., <br><br> Plaintiff, <br> v. <br><br> UNITED STATES SECURITIES AND EXCHANGE COMMISSION, *et al.*, <br><br> Defendants. | Civil Action No. 4:21-CV-0866-HSG <br><br> **STIPULATION AND ORDER REGARDING LEAVE TO FILE EXCESS PAGES** |

Plaintiff and Defendants ("parties"), by and through undersigned counsel, hereby submit the following Stipulation requesting that the Court enter an order providing leave for Defendants to file a memorandum in excess of the page limit set forth in Local Rule 7-2(b). In support of this stipulation, the parties state as follows:

1. Pursuant to the Court's May 16, 2022 Order, ECF No. 56, Defendants' motion for summary judgment is currently due on May 24, 2022.

2. Pursuant to Local Rule 7-2(b), a motion and accompanying memorandum of points and authorities may not exceed 25 pages without leave of court.

3. Plaintiff's Second Amended Complaint in this action advances four claims for relief under the Administrative Procedure Act ("APA") and the Freedom of Information Act ("FOIA") against two separate government agencies, and many the claims raise multiple distinct issues. For

1  example, Plaintiff's First Claim for Relief challenges both the National Archives and Records
2  Administration's approval of the challenged records schedule and the SEC's adoption of that
3  records schedule, and Plaintiff's Fourth Claim for Relief challenges the SEC's response to hundreds
4  of FOIA requests submitted by Plaintiff.

5      4.    Due to the number of issues raised in the Second Amended Complaint, Defendants
6  believe that they need additional pages in order to fully brief each of these issues, and that the Court
7  would benefit from that additional briefing.

8      5.    The parties have agreed, subject to the Court's approval, that Defendants may file a
9  memorandum of points and authorities in support of their motion for summary judgment of up to
10 35 pages.

IT IS SO STIPULATED THIS 24TH DAY OF MAY 2022:

| | |
|---|---|
| KUNZLER BEAN & ADAMSON, PC | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General |
| /s/ *Chad S. Pehrson*<br>Chad S. Pehrson<br>KUNZLER BEAN & ADAMSON, P.C.<br>4225 Executive Square, Suite 600<br>La Jolla, California 92037<br>619-371-5511<br>cpehrson@kba.law | Civil Division<br><br>ELIZABETH J. SHAPIRO<br>Deputy Director, Federal Programs Branch<br><br>/s/ *Alexandra R. Saslaw*<br>ALEXANDRA R. SASLAW<br>Trial Attorney |
| PARR BROWN GEE & LOVELESS<br>Robert S. Clark<br>101 South 200 East, Suite 700<br>Salt Lake City, Utah 84111<br>Telephone:     (801) 532-7840<br>rclark@parrbrown.com | United States Department of Justice<br>Civil Division, Federal Programs Branch<br>P.O. Box 883<br>Washington, DC  20044<br>Phone: (202) 514-4520<br>alexandra.r.saslaw@usdoj.gov |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

STIPULATION & ORDER

**ORDER**

Dated: 5/24/2022

DENIED

*Haywood S. Gilliam Jr.*
Judge Haywood S. Gilliam Jr.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION & ORDER